FILED'10 JAN 21 15:00USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | CR No. 10-_17_-HA |
| v. | **INDICTMENT** |
| JOSE MANUEL QUEZADA-CAMACHO, | 21 U.S.C. § 841 (b)(1)(A)(viii) |
| Defendant. | 21 U.S.C. § 853 |

### THE GRAND JURY CHARGES:

### COUNT 1
**[Possession with Intent to Distribute Methamphetamine]**

On or about January 7, 2010, in the District of Oregon, **JOSE MANUEL QUEZADA-CAMACHO**, defendant herein, did knowingly and intentionally possess with intent to distribute 500 or more grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

### FORFEITURE ALLEGATION

As a result of committing the controlled substance offense alleged in this indictment, **JOSE MANUEL QUEZADA-CAMACHO**, defendant herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds that said defendant obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to

commit and to facilitate the commission of the violation alleged in this indictment.

All is provided in Title 21, United States Code, Section 853.

Dated this $\underline{21}$ day of January, 2010.

A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:

KENT S. ROBINSON, OSB #09625
United States Attorney
District of Oregon

_____
THOMAS H. EDMONDS, OSB #90255
Assistant United States Attorney

Page 2 -     JOSE MANUEL QUEZADA-CAMACHO INDICTMENT