FILED'10 SEP 08 10:41 USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>JOSE MANUEL QUEZADA CAMACHO<br>Defendant, | Case No. CR 10-17-HA<br><br>MOTION TO WITHDRAW THE ATTORNEY, DUE TO CONFLICT OF INTEREST<br><br>ORAL HEARING DEMANDED |

COMES NOW, Defendant, JOSE MANUEL QUEZADA CAMACHO, who is unable to speak, read or write basic English with the help of another inmate, moves this Court to file MOTION TO WITHDRAW THE ATTORNEY, DUE TO CONFLICT OF INTEREST.

Case law support Defendant motion 165 LED 2D 409, 548 U.S. 140 UNITED STATES V GONZALEZ LOPEZ, UNITED STATES, Petitioner vs. CUAUHTEMOC GONZALEZ-LOPEZ 548 US 140, 126 S Ct 2557,

MOTION TO WITHDRAW THE ATTORNEY - 1. OF. 3

1  165 L Ed 2d 409 [No. 05-352], Argued April, 18,
2  2006, Decided June 26, 2006.
3  DECISION "Trial court's concededly e-
4  rroneous deprivation of federal criminal
5  defendant's choice of counsel held (1) to ha-
6  ve violated defendant's right, under Fede-
7  ral Constitution's Sixth Amendment, to coun-
8  sel of choice, and (2) not to be subject
9  to harmless-error analysis."
10
11  On August, 31, 2010 Defendant Jo-
12  se Manuel Quezada Camacho, informed his Att-
13  orney Gerald M. Needham through interpreter
14  that Mr Quezada Camacho want to fire
15  him, Mr Quezada Camacho can see clear
16  the Attorney Gerald M. Needham ignored
17  his request, when he told Attorney Gerald
18  M. Needham to file a motion to fire
19  himself from his case. Mr Quezada Ca-
20  macho does not want the Attorney Gerald
21  M. Needham to represent him anymore.
22  Now with the help from another
23  inmate Mr Quezada Camacho file his
24  own motion to withdraw the attorney
25  Gerald M. Needham for the record and
26  DEMANDE ORAL HEARING.

MOTION TO WITHDRAW THE ATTORNEY - 2. OF 3

For all the foregoing reasons Defendant respectfully request to this court to GRANT his MOTION TO WITHDRAW THE ATTORNEY.

file on this __06__ day of SEPTEMBER 2010.

Respectfully Submitted by, Jose Manuel Quezada Camacho.

_____

Jose Manuel Quezada Camacho
Reg No. 72423-065
FDC Sheridan
P.O Box 7000
Sheridan, OR 97378-7000.

MOTION TO WITHDRAW THE ATTORNEY - 3-OF-3

## CERTIFICATE OF SERVICE

I, JOSE MANUEL QUEZADA CAMACHO hereby certify that I have served a true and correct copy of the foregoing 1- MOTION TO WITHDRAW THE ATTORNEY, DUE TO CONFLICT OF INTEREST.
2- CERTIFICATE OF SERVICE.

Which is deemed filed at the time it was delivered to prison authorities for forwarding, Houston V Lack, 101 L. Ed 2d 245 (1988) upon the defendant/defendants and/or his attorney/attorneys of record by placing same in a sealed, postage prepaid envelope addressed to: U.S. DISTRICT COURT OFFICE OF CLERK, 1000 S.W. THIRD AVE PORT OR. 97204 AND TO ATTORNEY GERALD M. NEEDHAM FEDERAL PUBLIC DEFENDER DISTRICT OF OREGON 101 SW MAIN STREET, SUITE 1700 PORTLAND OR 97204-3225.

and deposited same in the United States mail at the 06 day of SEPTEMBER, 20 10.

JM QC
Jose Manuel Quezada Camacho
Reg No. 72423-065
FDC Sheridan
P.O Box 7000
Sheridan, OR 97378-7000.