IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 10-CR-00017-HA |
| Plaintiff, | |
| v. | **INFORMATION** |
| JOSE MANUEL QUEZADA-CAMACHO, | 21 U.S.C. § 841(b)(1)(B) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1:
[Possession with Intent to Distribute Methamphetamine]

On or about January 7, 2010 in the District of Oregon, **JOSE MANUEL QUEZADA-CAMACHO**, defendant herein, did knowingly and intentionally possess with intent to distribute 50 or more grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B).

### FORFEITURE ALLEGATION

As a result of committing the controlled substance offense alleged in this Information, **JOSE MANUEL QUEZADA-CAMACHO**, defendant herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds that said defendant obtained directly or indirectly as a result of the

said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in this Information.

Dated this 24th day of October 2011.

S. AMANDA MARSHALL
United States Attorney

THOMAS H. EDMONDS
Assistant United States Attorney