**Michael R. Levine**
**1001 S.W. Fifth Avenue, Suite 1414**
**Portland, Oregon 97204**
**503-546-3927**
**michael@levinemchenry.com**
**Attorney for Defendant**
*Abogado defensor*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**PORTLAND DIVISION**

***VISTO EN EL TRIBUNAL DE PRIMERA INSTANCIA DE LOS ESTADOS UNIDOS***

***PARA EL DISTRITO DE OREGÓN***

***EN PORTLAND***

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**JOSE MANUEL QUEZADA-CAMACHO**

**Defendant.**

**CR No. 10-17 (HA)**

**PETITION TO ENTER PLEA OF GUILTY, CERTIFICATE OF COUNSEL, AND ORDER ENTERING PLEA**

***ESTADOS UNIDOS DE AMÉRICA,***

***Parte acusadora,***

**vs.**

**JOSE MANUEL QUEZDA-CAMACHO,**

***Acusado.***

***No. CR 10-17* HA**

***SOLICITUD DE DECLARACIÓN DE CULPABLE, CERTIFICADO DEL ABOGADO DEFENSOR Y FALLO JUDICIAL DE LA MISMA***

The defendant represents to the court:

*El acusado manifiesta al juez que:*

1. My name is JOSE MANUAL QUEZADA-CAMACHO. I am 51 years old. I have gone to school up to and including the 11 grade in Mexico.

*1. Mi nombre completo es . Tengo años de edad. Asistí a la escuela incluyendo hasta el grado en México.*

2. My attorney is MICHAEL R. LEVINE

*2. Mi abogado es MICHAEL R. LEVINE*

3. My attorney and I have discussed my case fully. I have received a copy of the Information. I have read the Information, or it has been read to me, and I have discussed it with my attorney. My attorney has counseled and advised me concerning the nature of each charge, any lesser-included offense(s), and the possible defenses that I might have in this case. I have been advised and understand that the elements of the charge(s) alleged against me to which I am pleading "GUILTY" are as follows: POSSESSION WITH INTENT TO DISTRIBUTE **50 GRAMS** OR MORE OF A MIXTURE OR SUBSTANCE CONTAINING METHAMPHETAMINE. I have had a full and adequate opportunity to disclose to my attorney all facts known to me that relate to my case. I understand that the Court may ask whether I am satisfied with the advice I have received from my attorney.

*3. Hablé ampliamente de mi caso con mi abogado. Recibí una copia de la acusación de la fiscalía que hay en mi contra. Leí el la acusación de la fiscalía, o me lo/la leyeron, y hablé de él/ella con mi abogado. Mi abogado me aconsejó y asesoró sobre la índole de cada uno de los cargos, los delitos subsumidos y las defensas posibles que pudiera tener en este caso. Se me asesoró y entiendo que los elementos constitutivos del cargo (o los cargos) que se me*

*ha(n) imputado y al (o a los) que me declaro CULPABLE son los siguientes:* tenencia con intención de distribuir 50 gramos o más de metanfetamina.

*Tuve amplia oportunidad de decirle a mi abogado todo lo que yo sé respecto a los hechos relacionados con mi caso. Sé que el juez me puede preguntar si estoy satisfecho con el asesoramiento que recibí de mi abogado.*

4. I know that if I plead "GUILTY," I will have to answer any questions that the judge asks me about the offense(s) to which I am pleading guilty. I also know that if I answer falsely, under oath, and in the presence of my attorney, my answers could be used against me in a prosecution for perjury or false statement.

*4. Sé que si me declaro CULPABLE tendré que contestar todas las preguntas que el juez me haga sobre el delito al (o los delitos a los) que me declaro culpable. También sé que si contesto falsamente, bajo juramento y en presencia de mi abogado, mis respuestas las pueden usar en mi contra para procesarme por perjurio o por haber jurado en falso.*

5. I am not under the influence of alcohol or drugs. I am not suffering from any injury, illness or disability affecting my thinking or my ability to reason except as follows:

____________________________________________________________

. I have not taken any drugs or medications within the past seven (7) days except as follows:

0

.

*5. No estoy bajo la influencia de alcohol ni de drogas. No padezco de ninguna lesión, enfermedad o incapacidad que afecte mi pensamiento o mi capacidad de razonar, excepto lo*

*siguiente:*____________________________________________________

______________________________________________.

*No he tomado drogas ni medicamentos en los últimos siete (7) días excepto los siguientes:* 0

______________________________________________.

6. I understand that conviction of a crime can result in consequences in addition to imprisonment. Such consequences include deportation, or removal from the United States, or denial of naturalization, if I am not a United States citizen; loss of eligibility to receive federal benefits; loss of certain civil rights (which may be temporary or permanent depending on applicable state or federal law), such as the right to vote, to hold public office, and to possess a firearm; and loss of the privilege to engage in certain occupations licensed by the state or federal government.

*6. Sé que un fallo condenatorio por un delito puede tener consecuencias adicionales al encarcelamiento. Tales consecuencias incluyen ser deportado, o expulsado de los Estados Unidos, o se me puede negar la naturalización, si no soy ciudadano estadounidense; puedo perder el derecho de recibir subsidios federales; perder temporal o permanentemente ciertos derechos civiles, según la ley estatal o federal que se aplique, por ejemplo, el derecho de votar, ocupar un cargo público y poseer armas de fuego; también puedo perder el derecho de trabajar en ciertas ocupaciones para las cuales se necesita una licencia del gobierno estatal o federal.*

7. I know that I may plead "NOT GUILTY" to any crime charged against me and that I may persist in that plea if it has already been made. I know that if I plead "NOT GUILTY" the Constitution guarantees me:

*7. Sé que puedo declararme "NO CULPABLE" del delito de que se me acuse, y que puedo persistir en esa declaración si ya se ha hecho. Sé que si me declaro "NO CULPABLE," la Constitución de este país me garantiza:*

a. The right to a speedy and public trial by jury, during which I will be presumed to be innocent unless and until I am proven guilty by the government beyond a reasonable doubt and by the unanimous vote of twelve jurors;

*a. El derecho de tener un juicio público, sin demora y por un jurado constituido por doce personas durante el cual se asume que soy inocente a menos que y hasta que la fiscalía federal compruebe mi culpabilidad más allá de una duda razonable y por el voto unánime de los doce miembros de dicho jurado.*

b. The right to have the assistance of an attorney at all stages of the proceedings;

*b. El derecho de que un abogado me ayude durante todas las etapas del proceso;*

c. The right to use the power and process of the court to compel the production of evidence, including the attendance of witnesses in my favor;

*c. El derecho de utilizar la autoridad del juez y el proceso judicial para exigir que se presenten pruebas, incluyendo la comparecencia de testigos a mi favor;*

d. The right to see, hear, confront, and cross-examine all witnesses called to testify against me;

*d. El derecho de ver, escuchar, confrontar y contrainterrogar a todos los testigos llamados a dar testimonio en contra mía.*

e. The right to decide for myself whether to take the witness stand and testify, and if I decide not to take the witness stand, I understand that no inference of guilt may be drawn from this decision; and

*e. El derecho de decidir por mi mismo si presto testimonio o no y, si decido no prestar testimonio, sé que no se puede concluir que soy culpable debido a que no presté testimonio; y*

f. The right not to be compelled to incriminate myself.

*f. El derecho de que no se me obligue a incriminarme.*

8. I know that if I plead "GUILTY" there will be no trial before either a judge or a jury, and that I will not be able to appeal from the judge's denial of any pretrial motions I may have filed concerning matters or issues not related to the court's jurisdiction.

*8. Sé que si me declaro CULPABLE, no habrá juicio, ni ante un juez ni ante un jurado de doce personas, y que no podré apelar la denegación del juez sobre algún pedimento que yo haya presentado antes del juicio, con respecto a asuntos o cuestiones que no están relacionados con la jurisdicción del tribunal.*

9. In this case I am pleading "GUILTY" under Rule 11 ( c )(1)( C) My attorney has explained the effect of my plea under Rule 11(c)(1)(C) to be as follows:

SUBJECT TO THE COURT'S APPROVAL, THE PARTIES HAVE AGREED THE COURT WILL IMPPOSE A SENTENCE OF 60 MONTHS. THE DEFENDANT UNDERSTANDS THAT IF THE COURT APPROVES THE PLEA AGREEMENT, HE GIVES UP HIS RIGHT TO LITIGATE HIS MOTION TO SUPPRESS EVIDENCE. IF THE COURT DOES NOT APPROVE THE PLEA AGREEMENT, THE DEFENDANT WILL NOT ENTER HIS PLEA, OR MAY WITHDRAW HIS PLEA, AND CAN CONTINUE TO LITIGATE HIS PRE-TRIAL MOTION TO SUPPRESS EVIDENCE.

*9. En este caso, me declaro CULPABLE conforme a la Regla 11(c)(1)(*) y la Regla 11(c)(1)(*). Mi abogado me explicó que la consecuencia de declararme culpable conforme a la Regla 11(c)(1)(*) es la siguiente:*

10. I know the maximum sentence which can be imposed upon me for the crime(s) to which I am pleading guilty is 60 MONTHS UNDER THE PLEA AGREEMENT; OTHERWISE IT IS 40 YEARS AND A FINE OF $5,000,000.

*10. Sé que la pena máxima que se me puede imponer por el delito al (o los delitos a los) que me declaro culpable es de*

.

11. I know that the judge, in addition to any other penalty, will order a special assessment as provided by law in the amount of $100.

*11. Sé que el juez, además de cualquier otro castigo, fijará, según lo estipula la ley, un pago obligatorio de $100.*

12. I know that if I am ordered to pay a fine, and I willfully refuse to pay that fine, I can be returned to court, where the amount of the unpaid balance owed on the fine can be substantially increased by the judge and I can be imprisoned for up to one year.

*12. Sé que si se me ordena pagar una multa y a propósito rehuso pagar dicha multa me pueden enviar de nuevo ante el juez y éste puede aumentar considerablemente el saldo pendiente de la multa y mandarme a la cárcel por un periodo hasta de un año.*

13. My attorney has discussed with me the Federal Sentencing Guidelines. I know that the judge will consult the Federal Sentencing Guidelines with respect to the sentence to be imposed on me in this case, and that the judge will consider the sentence recommended by the Federal Sentencing Guidelines along with other factors, such as the seriousness of the offense(s) of which I have been convicted, the need to afford adequate deterrence to criminal conduct, the need to protect the public from further criminal conduct on my part, and the need to provide me with

educational and vocational training, medical care, or other correctional treatment in the most effective manner. I know that there is no guarantee that my sentence will be within the guideline range. If my attorney or any other person has calculated a guideline range for me, I know that this is only a prediction and that it is the judge who makes the final decision as to what sentence will be imposed. I also know that a judge may not impose a sentence greater than the maximum sentence referred to in paragraph 10 above.

**IN THIS CASE, HOWEVER, I KNOW THAT, REGARDLESS OF THE SENTENCING GUIDELINES, IF THE COURT ACCEPTS THE PLEA AGREEMENT, THE COURT WILL IMPOSE A SENTENCE OF 60 MONTHS.**

*13. Mi abogado y yo hablamos de las Pautas Penales Federales. Sé que el juez va a consultar las Pautas Penales con respecto a la pena que se me va a imponer en este caso y que va a tomar en cuenta la pena que recomiendan dichas pautas, junto con otros factores, como por ejemplo, la seriedad del delito del que se me ha condenado, la necesidad de evitar que cometa más delitos, la necesidad de proteger al público para que yo no cometa más delitos y la necesidad de proporcionarme capacitación escolar o vocacional o cualquier otro tratamiento correctivo, de la manera más eficiente posible. Sé que no hay garantía de que la pena que se me imponga esté dentro del intervalo de las pautas. Si mi abogado u otra persona ha calculado el intervalo de pena que me corresponde sé que solamente es eso, un cálculo, y que el juez es quien toma la decisión definitiva sobre qué pena va a imponerme. También sé que el juez no me puede imponer una pena mayor a la pena máxima explicada en el párrafo 10 de esta solicitud.*

14. I know from discussion with my attorney that, under the Federal Sentencing Guidelines, if I am sentenced to prison I am not entitled to parole. I will have to serve the full sentence imposed except for any credit for good behavior that I earn. I can earn credit for good behavior in prison at a rate of up to 54 days for each year of imprisonment served. Credit for good behavior does not apply to a sentence of one year or less.

*14. Por las conversaciones que he tenido con mi abogado, sé que, de acuerdo con las Pautas Penales Federales, si me condenan a ser encarcelado, no tengo derecho de recibir libertad condicional (parole). Tendré que cumplir toda la pena que se me imponga menos el tiempo que se me descuente por observar buena conducta en la prisión. Me pueden rebajar la pena por buena conducta hasta 54 días por cada año cumplido en la prisión. Esta rebaja no se aplicará si la pena es de un año o menos.*

15. I know that if I am sentenced to prison, the judge will impose a term of supervised release to follow the prison sentence. During my supervised release term I will be supervised by a probation officer according to terms and conditions set by the judge. In my case, a term of supervised release can be UP TO 4 YEARS. If I violate the conditions of supervised release, I may be sent back to prison for up to 2 years.

*15. Sé que si se me condena a ser encarcelado, el juez impondrá un plazo de libertad supervisada que sería después de que yo haya cumplido el castigo en la cárcel. Durante este tiempo, me va a supervisar un agente de libertad probatoria de acuerdo con los términos y condiciones fijados por el juez. En mi caso, el término de libertad supervisada puede ser de 4 años. Si no cumplo con las condiciones de libertad supervisada, podrían enviarme nuevamente a la cárcel por un periodo hasta de 2 años.*

N/A 16. I know that in addition to or in lieu of any other penalty, the judge can order restitution payments to any victim of any offense to which I plead guilty. I am also informed that, for certain crimes of violence and crimes involving fraud or deceit, it is mandatory that the judge impose restitution in the full amount of any financial loss or harm caused by an offense. If imposed, the victim can use the order of restitution to obtain a civil judgment lien. A restitution order can be enforced by the United States for up to twenty (20) years from the date of my release from imprisonment, or, if I am not imprisoned, twenty (20) years from the date of the entry of judgment. If I willfully refuse to pay restitution as ordered, a judge may resentence me to any sentence which could originally have been imposed.

*16. Sé que además de o en vez de cualquier otro castigo, el juez puede ordenar que repare los daños causados a las víctimas del delito del que me declaro culpable. También se me ha informado que, por ciertos delitos de violencia y delitos que incluyen fraude o engaño, el juez está obligado a imponerme el pago de reparación de daños por la cantidad total de la pérdida o el daño económico causado por el delito. Si se impone el pago de reparación de daños, la víctima puede utilizar dicha orden para obtener un gravamen impuesto en un fallo civil. El gobierno federal puede hacer que una orden de pago de reparación de daños tenga vigencia hasta veinte (20) años a partir de la fecha en que salí de la cárcel, o, si no me encarcelan, veinte (20) años a partir de la fecha en que se registró el fallo. Si a propósito rehuso reparar los daños como se me ha ordenado, el juez puede volver a sentenciarme a la pena que me hubiera impuesto inicialmente.*

N/A/ 17. On any fine or restitution in an amount of $2,500 or more, I know that I will be required to pay interest unless that fine or restitution is paid within fifteen (15) days from the date of the entry of judgment.

*17. Sé que estaré obligado a pagar intereses respecto a alguna multa o reparación de daños de $2,500 o más, a menos de que se pague dicha multa, o reparación de daños, en los primeros quince (15) días a partir de la fecha en que se registró el fallo.*

18. If I am on probation, parole, or supervised release in any other state or federal case, I know that by pleading guilty in this court my probation, parole or supervised release may be revoked and I may be required to serve time in that case, which may be consecutive, that is, in addition to any sentence imposed on me in this court.

*18. Si estoy bajo libertad probatoria, condicional o supervisada en algún otro caso estatal o federal, sé que al declararme culpable en este tribunal podrían revocar mi libertad probatoria, condicional o supervisada. Puede que se me ordene cumplir el tiempo de la pena de aquel caso, el cual podría ser sucesivo, es decir, además de la pena que se me imponga en este tribunal.*

19. If I have another case pending in any state or federal court, I know that my Petition and Plea Agreement in this case do not, in the absence of an express and written agreement, apply to my other case(s), and that I can be faced with consecutive sentences of imprisonment.

*19. Si tengo otro caso pendiente en algún tribunal estatal o federal, sé que mi solicitud y el acuerdo declaratorio de este caso no se aplican al otro caso (u otros casos) sin un acuerdo explícito y por escrito, y que podría recibir penas de encarcelamiento sucesivas.*

20. My plea of "GUILTY" is based on a Plea Agreement that I have made with the prosecutor. That Plea Agreement is attached hereto and incorporated herein. I have read or had read to me the Plea Agreement, and I understand the Plea Agreement.

*20. Mi declaración de CULPABLE se basa en el acuerdo declaratorio que tengo con el fiscal federal. Se adjunta dicho documento y forma parte de esta solicitud. Leí, o me leyeron, el acuerdo declaratorio y lo entiendo totalmente.*

21. The Plea Agreement contains the only agreement between the United States government and me. No officer or agent of any branch of government (federal, state or local) or anyone else has promised or suggested that I will receive a lesser term of imprisonment, or probation, or any other form of leniency if I plead "GUILTY" except as stated in the Plea Agreement. I understand that I cannot rely on any promise or suggestion made to me by a government agent or officer which is not stated in writing in the Plea Agreement, or which is not presented to the judge in my presence in open court at the time of the entry of my plea of guilty.

*21. El gobierno federal y yo hemos llegado a este único acuerdo declaratorio. Ningún funcionario o agente gubernamental (federal, estatal o local) ni otra persona me ha prometido o me ha sugerido que recibiré un plazo de cárcel más corto, libertad probatoria u otro tipo de castigo menos severo si me declarase CULPABLE, con la única excepción de lo manifestado en el acuerdo declaratorio. Sé que no puedo contar con ninguna promesa o sugerencia de parte de ningún agente o funcionario del gobierno que no se haya indicado por escrito en el acuerdo declaratorio, o que no se haya presentado al juez, en mi presencia, en audiencia pública, al momento de declararme culpable.*

22. My plea of "GUILTY" is not the result of force, threat, or intimidation.

*22. No me han forzado, amenazado o intimidado para que me declare CULPABLE.*

23. I hereby request that the judge accept my plea of "GUILTY" to the following Count(s):

THE CHARGE IN THE SUPERSEDING INFORMATION: POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF A MIXTURE CONTAINING METHAMPHETAMINE.

*23. Por la presente solicito al juez que acepte mi declaración de CULPABLE al/a los siguiente(s) cargo(s):*

.

24. I know that the judge must be satisfied that a crime occurred and that I committed that crime before my plea of "GUILTY" can be accepted. With respect to the charge(s) to which I am pleading guilty, I represent that I did the following acts and that the following facts are true:

I POSSESSED WITH INTENT TO DISTRIBUTE MORE THAN 50 GRAMS OF A MIXTURE CONTAINING METHAMPHETAMINE IN OREGON ON THE DATES SET FORTH IN THE INFORMATION.

*24. Antes de que se pueda aceptar mi declaración de CULPABLE, sé que el juez debe estar satisfecho de que ocurrió un delito y que dicho delito lo cometí yo. Con respecto al cargo (o a los cargos) al/a los que me declaro culpable, manifiesto que cometí los siguientes actos y que los siguientes hechos son verídicos:*

25. I offer my plea of "GUILTY" freely and voluntarily and of my own accord and with a full understanding of the allegations set forth in the Indictment or Information, and with a full understanding of the statements set forth in this Petition and in the Certificate of my attorney that is attached to this Petition.

*25. Me declaro CULPABLE voluntariamente y de mi libre albedrío y entiendo totalmente las alegaciones expuestas en el documento inculpatorio o en la acusación de la fiscalía, y entiendo todas las declaraciones expuestas en esta solicitud y en el certificado de mi abogado, el cual se adjunta a la presente.*

SIGNED by me in the presence of my attorney, after reading (or having had read to me) all of the foregoing pages and paragraphs of this Petition on this 24th day of October, 2011.

*FIRMADO por mí en presencia de mi abogado, después de haber leído (o después de haber escuchado) todos los párrafos y páginas anteriores de esta solicitud el día 24________ del mes de Octubre de 2011.*

____________________________
Defendant/*Acusado*

**CERTIFICATE OF COUNSEL**

***CERTIFICADO DEL ABOGADO DEFENSOR***

The undersigned, as attorney for defendant JOSE QUEZADA-CAMACHO hereby certifies:

*El que suscribe, abogado defensor de* JOSE QUEZADA-CAMACHO , *por la presente CERTIFICA QUE:*

1. I have fully explained to the defendant the allegations contained in the Indictment or Information in this case, any lesser-included offense(s), and the possible defenses which may apply in this case.

*1. Le expliqué detalladamente al acusado las alegaciones del documento inculpatorio o de la acusación de la fiscalía de este caso, le expliqué el/los delito(s) subsumido(s) y las posibles defensas que pudieran aplicarse en este caso.*

2. I have personally examined the attached Petition To Enter Plea of Guilty And Order Entering Plea, explained all its provisions to the defendant, and discussed fully with the defendant all matters described and referred to in the Petition.

*2. Examiné personalmente la solicitud para declararse culpable y la orden judicial para asentar la misma; le expliqué al acusado todas las disposiciones de esta solicitud y hablé detalladamente con él sobre todos los asuntos descritos y mencionados en dicha solicitud.*

3. I have explained to the defendant the maximum penalty and other consequences of entering a plea of guilty described in paragraphs (6)-(20) of the Petition, and I have also explained to the defendant the applicable Federal Sentencing Guidelines.

*3. Le expliqué cuál es la pena máxima y las consecuencias de declararse ~~Se~~ culpable, descritas en los párrafos del (6) al (20) de la solicitud; también le expliqué las Pautas Penales Federales pertinentes a su caso.*

4. I recommend that the Court accept the defendant's plea of "GUILTY."

*4. Recomiendo que el juez acepte la declaración de "CULPABLE" del acusado.*

SIGNED by me in the presence of the above-named defendant, and after full discussion with the defendant of the contents of the Petition To Enter Plea of Guilty, and any Plea Agreement, on this 24th day of October, 2011.

*FIRMADO por mí en presencia del acusado, después de haber hablado detalladamente con él sobre el contenido de la solicitud para declararse culpable y del acuerdo declaratorio, el día 24 del mes de Octubre, de 2011.*

MICHAEL R. LEVINE
Attorney for Defendant
*Abogado defensor*

**ORDER ENTERING PLEA**

***FALLO JUDICIAL SOBRE LA DECLARACIÓN***

I find that the defendant's plea of GUILTY has been made freely and voluntarily and not out of ignorance, fear, inadvertence, or coercion. I further find the defendant has admitted facts that prove each of the necessary elements of the crime(s) to which the defendant has pled guilty.

*El juez que preside determina que la declaración de "CULPABLE" del acusado ha sido voluntaria y de su libre albedrío y no por ignorancia, miedo, inadvertencia o coacción. Asimismo determina que el acusado ha admitido los hechos que comprueban cada uno de los elementos constitutivos del delito (o los delitos) al (a los) que se ha declarado culpable.*

IT IS THEREFORE ORDERED that the defendant's plea of GUILTY be accepted and entered as requested in this Petition and as recommended in the Certificate of defendant's attorney.

*POR LO TANTO ORDENO que se acepte y asiente la declaración de CULPABLE presentada por el acusado tal y como lo pide en esta solicitud y lo recomienda en su certificado su abogado.*

DATED this 24 of Oct, 200*, in open court.

*FECHA: _____ del mes de _______________ de 200*, en audiencia pública.*

Judge, United States District Court
*Juez, Tribunal Federal de Primera Instancia*